1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11   HENRY HUGUES,                    ) Case No. CV 17-3892-JPR
                                      )
12                  Plaintiff,        )          **JUDGMENT**
                                      )
13             v.                     )
                                      )
14   NANCY A. BERRYHILL, Acting       )
     Commissioner of Social          )
15   Security,                        )
                                      )
16                  Defendant.        )
     ──────────────────────────────  )
17

18        For the reasons set forth in the accompanying Memorandum

19   Decision and Order, it is hereby ADJUDGED that (1) Plaintiff's

20   request for an order remanding the case for further proceedings

21   is DENIED; (2) the Commissioner's request for an order affirming

22   her final decision and dismissing the action is GRANTED; and (3)

23   judgment is entered in the Commissioner's favor.

24

25   DATED: July 2, 2018        _____
                                         JEAN ROSENBLUTH
26                                       U.S. Magistrate Judge

27

28